IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ELIZABETH AZEL | : | CIVIL ACTION NO. |
| | : | |
| V. | : | JUDGE: |
| | : | |
| ERIC K. SHINSEKI | : | |
| SECRETARY OF U.S. DEPARTMENT | : | MAGISTRATE: |
| OF VETERANS AFFAIRS | : | JURY DEMAND |

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes ELIZABETH AZEL, ("Plaintiff"), who respectfully represents the following:

**I. JURISDICTION**

1. This is an action for declaratory, injunctive and monetary relief for discrimination in violation of Title VII of the Civil Rights Act, as amended, by the Civil Rights Act of 1991, codified at 42 U.S.C., Section 2000 *et*. *seq*. Jurisdiction is based on 29 U.S.C., 42 U.S.C. Section 2000e-5(f)(3) and 28 U.S.C. Section 1331.

**II. PARTIES**

2. Plaintiff, ELIZABETH AZEL, ("Plaintiff" or "Azel") is an adult female and a resident of State of Louisiana currently residing in Beauregard Parish, Louisiana.

3. Made Defendant in this action is: ERIC K. SHINSEKI, in his official capacity of SECRETARY OF U.S. DEPARTMENT OF VETERANS AFFAIRS ("Defendant").

5. Defendant was Plaintiff's "employer" within the meaning of 29 U.S.C. Section

2611(4) and 42 U.S.C. 2000e-(b); La. R.S. 23:301 *et*. *seq*. and La. R.S. 23:967.

### III.  VENUE

6. Venue lies in this Court as the unlawful employment practices and other actions made the basis of this suit occurred within the Western District of Louisiana.

### IV.   FACTUAL ALLEGATIONS

7. Plaintiff, ELIZABETH AZEL, is employed as a physician at the Department of the Army, Bayne Jones Army Community Hospital, located in Fort Polk, Louisiana.

8. There were two physician vacancies listed to work at the Community Based Outreach Clinic in Fort Polk, LA. On March 11, 2011 Plaintiff applied for both positions and was selected for an interview.

9. On March 17, 2011, Chief of Primary Care Services at the VA Medical Center, Dr. Mary Morehouse, interviewed the Plaintiff for this position.

10. On April 21, 2011, Plaintiff was informed that she was not selected for either vacancy.

11. Plaintiff had a telephone conversation with Ms. Asken, who informed plaintiff that they were looking for a male physician. In subsequent communications with Plaintiff, Ms. Kathryn Asken from Defendant's Human Resources department stated that they had already hired a female and were looking for a male. She was also told that veterans prefer male doctors. Plaintiff alleges that a said communication constitutes direct animus of gender as a motivating factor.

12. Plaintiff was well qualified for either vacancy, because she has been employed as a physician at the Bayne Jones Army Community Hospital for eight years and last two years of her tenure there she worked in the Department of Preventive Medicine. Plaintiff herself is a veteran.

Additionally, Plaintiff is a Board Certified Family Physician.

13. Plaintiff believes she was not selected for the position because of her sex, female.

14. The person who was hired for the position was a male, who was less qualified for the position than Plaintiff.

## V. CAUSES OF ACTION

### COUNT ONE
### Gender Discrimination 42 U.S.C. Section 2000(e) et seq

15. Plaintiff incorporates by reference, as if set out in full, the allegations of Paragraphs 1-14 above.

16. The actions, conduct and practices of Defendant complained of herein constitute purposeful discrimination against Plaintiff based upon her sex in violation of 42 U.S.C. Sections 2000e *et. seq.*, and La. R.S. 23:301.

17. Plaintiff timely filed a complaint with the Department of Veterans Affairs and has received the Final Agency Decision and a Right to File a Civil Action on June 21, 2012, a copy of which is attached hereto as Exhibit "1."

18. As to Count One above, the Defendant's actions complained of herein were performed with malice or reckless indifference to and in knowing violation or reckless disregard of Plaintiff's federally-protected rights and caused Plaintiff emotional distress.

## VI. JURY TRIAL DEMANDED

19. Plaintiff demands a trial by jury as to all matters permitted by law.

## VII. RELIEF

WHEREFORE, PLAINTIFF PRAYS:

(A)  that the Court declare the employment practices of which complaint is made to be in violation of 42 U.S.C. Section 2000(e) *et. seq.*, La. R. S. 23:301 and otherwise inculpatory and illegal;

(B)  that the Court order Defendant to cease the discriminatory enumerated herein and enjoin Defendant from engaging in further discrimination against Plaintiff;

(C)  that the Court order Defendant to pay front pay and lost future wages in amounts to be determined by the jury;

(D)  that Plaintiff be awarded back pay, including prejudgment interest, and any other benefits or seniority to which she may have been entitled or which she may have lost as a result of the discrimination against her;

(E)  that Plaintiff be awarded compensatory and liquidated punitive damages pursuant to 42 U.S.C. 1981a and other applicable state law;

(F)  that Plaintiff be awarded the costs of this action, including attorneys' fees, pursuant to 42 U.S.C. Section 2000(e)-5(k) and other applicable State law;

(G)  for trial by jury for those matters triable to a jury; and

(H)  that Plaintiff be awarded such other and further relief as the Court finds equitable, just and proper.

Respectfully submitted,

DAVIDSON, JONES & SUMMERS
A Professional Law Corporation
509 Market Street, Suite 1000
Shreveport, Louisiana 71101
Phone: (318) 424-4342
Fax: (318) 226-0168

Allison A. Jones, Bar No. 16990


By:_____ */s/Allison A. Jones*_____
          ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| ELIZABETH AZEL | : | CIVIL ACTION NO. |
| | : | |
| V. | : | JUDGE: |
| | : | |
| ERIC K. SHINSEKI | : | |
| SECRETARY OF U.S. DEPARTMENT | : | MAGISTRATE: |
| OF VETERANS AFFAIRS | : | JURY DEMAND |

## VERIFICATION

BEFORE ME, the undersigned Notary Public, personally came and appeared ELIZABETH AZEL, who did depose and state that she is the Plaintiff in the foregoing Complaint, that she has read the Complaint, and that all of the allegations contained therein are true and correct to the best of her knowledge, information and belief.

_____
ELIZABETH AZEL

SWORN TO AND SUBSCRIBED before me, Notary Public, this 8th day of September, 2012.

_____
NOTARY PUBLIC

1